Scott R. Hansen, Esq. (SBN 164012)
VIKING IP
19431 Sierra Santo Road, Irvine, CA 92603
Telephone: (949) 400-6553
scott.hansen@vikingiplaw.com

Jonathan T. Suder (*Pro Hac Vice*)
Brett M. Pinkus (*Pro Hac Vice*)
Richard A. Wojcio, Jr. (*Pro Hac Vice*)
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Facsimile: (817) 334-0401
Email: jts@fsclaw.com
Email: pinkus@fsclaw.com
Email: wojcio@fsclaw.com

Attorneys for Plaintiff
COMMERCIAL COPY INNOVATIONS, INC.

Todd M. Lander (Bar No. 173031)
todd.lander@ffslaw.com
FREEMAN, FREEMAN & SMILEY, LLP
1888 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Steven B. Loy (*Pro Hac Vice*)
Dana R. Howard (*Pro Hac Vice*)
STOLL KEENON OGDEN PLLC
300 W. Vine St., Suite 2100
Lexington, KY 40507
Telephone: (859)231-7000
Facsimile: (859)246-3678

Attorneys for Defendant
LEXMARK INTERNATIONAL, INC.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| COMMERCIAL COPY INNOVATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LEXMARK INTERNATIONAL, INC., <br><br> Defendant. | CASE NO. 8:17-CV-1149 JVS (DFM) <br><br> **ORDER GRANTING STIPULATION OF DISMISSAL** |

1 | Plaintiff Commercial Copy Innovations, Inc. ("Plaintiff") and Defendant
2 | Lexmark International, Inc. ("Defendant") jointly filed a Stipulated of Dismissal With
3 | Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

4 | Having considered the Stipulated Motion of Dismissal, and finding that good
5 | cause has been shown, IT IS HEREBY ORDERED THAT:

6 | The Stipulation of Dismissal is GRANTED. Plaintiff's claims in its complaint
7 | in this matter and any claims that could have been asserted by Plaintiff in this matter
8 | are dismissed with prejudice. It is furthered ordered that each party will be responsible
9 | for their respective attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: _December 22, 2017_____  _____
Hon. James V. Selna
United States District Judge